UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-CR-22-LRH-VPC |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| SCOTT H. SUMMERHAYS, | ) | May 15, 2014 |
| Defendant. | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):      NONE APPEARING

COUNSEL FOR DEFENDANT(S):      NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

     Before the court is defendant's Motion for Continuance of Sentencing, [doc #125]. Upon inquiry the Government has no objection to the continuance. Good cause appearing,

     IT IS ORDERED, Defendant's Motion for Continuance of Sentencing, is GRANTED.

     IT IS FURTHER ORDERED, Imposition of Sentence is continued to Monday, August 18, 2014, at 1:30 p.m. in Reno Courtroom 3 before Judge Larry R. Hicks.

     IT IS SO ORDERED.

                                                                              LANCE S. WILSON, CLERK

                                                                           By:       /s/
                                                                                   Deputy Clerk