UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                    Plaintiff,            )<br>                                                             )<br>v.                                                        )<br>                                                             )<br>SCOTT H. SUMMERHAYS,            )<br>                                                             )<br>                    Defendant.          )<br>_____ ) | 3:12-CR-00022-LRH-VPC<br><br>ORDER |

Before the Court is Defendant Scott H. Summerhays' ("Summerhays") Motion to Order Standby Counsel and U.S. Marshall to Return Evidence (Doc. #138),[1] and Motion to Release Standby Counsel and His Investigator (Doc. #143).

Summerhays' stand-by counsel Scott Edwards has not responded to these motions, nor is there any indication that he has been properly served. The Court grants standby counsel Scott Edwards ten (10) days to respond to Summerhays' Motion to Order Standby Counsel and U.S. Marshall to Return Evidence (Doc. #138), and Motion to Release Standby Counsel and His Investigator (Doc. #143).

///

///

---

[1] Refers to the Court's docket number.

1    IT IS THEREFORE ORDERED that Summerhays' standby counsel Scott Edwards shall
2 respond to Summerhays' aforementioned motions within ten (10) days of this Order.

4    IT IS SO ORDERED.
5    DATED this 25th day of February, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE