JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
6675 S Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 323-9132
jackie@tirinnanzilaw.com

*Attorney for Scott Summerhays*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SCOTT SUMMERHAYS,<br><br>            Defendant. | Case No. 3:12-cr-00022-HDM-CSD<br><br>ORDER GRANTING<br><br>**Stipulation and Proposed Order to Extend Deadline to Supplement Compassionate Release (First Request)** |

  IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, counsel for Scott Summerhays, and Megan Rachow, counsel for the United States of America, that the deadline on which defendant must file his supplement in support of compassionate release, is extended 45 days to date on or before April 4, 2025.

  This stipulation is entered into based upon the following reasons:

  1. Counsel for Defendant was appointed to Mr. Summerhays to supplement his motion for compassionate release on February 4, 2025. (ECF No. 218).

  2. According to Amended General Order 2020-06, "The Federal Public Defender's office ("FPD") is hereby appointed to represent a defendant if that defendant files a pro se section 3582(c)(1)(A) motion directly with this Court pursuant to section 603(b) of the FIRST STEP Act. FPD must file a supplement to the defendant's pro se motion <u>within fourteen days</u>." Given that counsel was appointed on February 4,

1

2025, the supplement to the defendant's pro se motion would be due on February 18, 2025. Counsel is requesting an additional 45 days from the current February 18, 2025 deadline, resulting in a new deadline of April 4, 2025.

3. Counsel for Mr. Summerhays is still attempting to even reach the client, who is in custody at USP Atwater.

4. Counsel for Mr. Summerhays requires the chance to obtain and review relevant documentation from various sources, which can take weeks to obtain. Further communications with the client, who is detained, is also required to complete Mr. Summerhays' supplement.

5. Counsel agree that the United States of America will have 14 days following the filing of Defendant's supplement to submit their response. Defense counsel will have seven days following the Government's response to submit a reply.

6. The parties agree to the extension of time.

7. This is the first request for extension of time.

Dated this 13th day of February 2025.

Respectfully Submitted,

*/s/ Megan Rachow*  
MEGAN RACHOW  
Assistant United States Attorney

*/s/ Jacqueline Tirinnanzi*  
JACQUELINE TIRINNANZI, ESQ.  
Counsel for Scott Summerhays

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SCOTT SUMMERHAYS,<br><br>　　　　　Defendant. | Case No. 3:12-cr-00022-HDM-CSD<br><br>**Order** |

　　　Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant's supplementation in support of compassionate release shall be due on or before April 4, 2025, the Government's response will be due 14 days from the date the supplement is filed, and Defendant's counsel will have seven days following submission of the response to file a reply.

DATED: February 14, 2025

_____
THE HONORABLE HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE