JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
6675 S Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 323-9132
jackie@tirinnanzilaw.com

*Attorney for Scott Summerhays*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00022-HDM-CSD |
| Plaintiff, | |
| vs. | **Order Granting Stipulation and Proposed Order to Extend Deadline to Supplement Compassionate Release (Third Request)** |
| SCOTT SUMMERHAYS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, counsel for Scott Summerhays, and Megan Rachow, counsel for the United States of America, that the deadline on which defendant must file his supplement in support of compassionate release, is extended 30 days to date on or before June 4, 2025.

This stipulation is entered into based upon the following reasons:

1. Counsel for Defendant was appointed to Mr. Summerhays to supplement his motion for compassionate release on February 4, 2025. (ECF No. 218).

2. According to Amended General Order 2020-06, "The Federal Public Defender's office ("FPD") is hereby appointed to represent a defendant if that defendant files a pro se section 3582(c)(1)(A) motion directly with this Court pursuant to section 603(b) of the FIRST STEP Act. FPD must file a supplement to the defendant's pro se motion within fourteen days." Given that counsel was appointed on February 4,

2025, the supplement to the defendant's pro se motion would be due on February 18, 2025. Counsel is requesting an additional 45 days from the current February 18, 2025 deadline, resulting in a deadline of April 4, 2025.

3. At this time, Counsel for Mr. Summerhays has been able to reach the client on Corrlinks, however it is necessary that Counsel communicate with Mr. Summerhays on an attorney client phone call for purposes of completing the supplement to compassionate release. Furthermore, the soonest that Mr. Summerhayes is permitted a phone call is April 8, 2025.

4. Counsel for Mr. Summerhays requires the chance to obtain and review relevant documentation from various sources, which can take weeks to obtain. Further communications with the client, who is detained, is also required to complete Mr. Summerhays' supplement. Counsel is in the process of investigating all relevant information for purposes of Mr. Summerhays' supplement, and has only recently obtained telephonic communication with Mr. Summerhays since April 8, 2025.

5. Counsel agree that the United States of America will have 14 days following the filing of Defendant's supplement to submit their response. Defense counsel will have seven days following the Government's response to submit a reply.

6. The parties agree to the extension of time.

7. This is the first request for extension of time.

Dated this 1st day of May 2025.

Respectfully Submitted,

/s/ Megan Rachow_____
MEGAN RACHOW
Assistant United States Attorney

/s/ Jacqueline Tirinnanzi_____
JACQUELINE TIRINNANZI, ESQ.
Counsel for Scott Summerhays

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00022-HDM-CSD |
| Plaintiff, | |
| vs. | **Order** |
| SCOTT SUMMERHAYS, | |
| Defendant. | |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant's supplementation in support of compassionate release shall be due on or before June 4, 2025, the Government's response will be due 14 from the date the supplement is filed, and Defendant's counsel will have seven days following submission of the response to file a reply.

DATED:  May 2, 2025

_____
THE HONORABLE HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE