UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00022-HDM-CSD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SCOTT H. SUMMERHAYS, | |
| Defendant. | |

The court's order entered May 2, 2025, granting the parties' stipulation for extension of time is hereby amended at page 3 lines 12-13 to state: "the Government's response will be due 14 days from the date the supplement is filed." In all other respects, the court's order is confirmed.

IT IS SO ORDERED.

DATED: This 9th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE