UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>SCOTT H. SUMMERHAYS,<br><br>                    Defendant. | Case No. 3:12-cr-00022-HDM-CSD<br><br>ORDER |

   IT IS ORDERED that this matter be referred to the Chief Judge for reassignment.

   IT IS SO ORDERED.

   DATED: This 4th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE