# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>   v.<br><br>SCOTT H. SUMMERHAYS,<br><br>                           Defendant. | 3:12-cr-00022-MMD-CSD<br><br>**ORDER**<br><br>RE: ECF No. 231 |

      Before the court is Defendant's Ex Parte Motion to Remove Appointed Attorney and Request FBI Investigation of Missing Trust Deposited Money. (ECF No. 231.)

      **IT IS HEREBY ORDERED** that the Clerk shall provide a copy of Defendant's Ex Parte Motion to Remove Appointed Attorney and Request FBI Investigation of Missing Trust Deposited Money (ECF No. 231) to Defendant's counsel, Jacqueline Tirinnanzi, Esq.

      **IT IS FURTHER ORDERED** that Defendant's counsel, Jacqueline Tirinnanzi, Esq., shall file a response to the ex parte motion (ECF No. 231) on or before close of business on **Friday, June 27, 2025.**

      DATED: June 18, 2025.



_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE